**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Cameron Gates,

      Plaintiff,

v.

Town of Quartzsite, et al.,

      Defendants.

No. CV-25-03627-PHX-SHD

**ORDER**

By prior Order, I granted pro se Plaintiff Cameron Gates' Application to Proceed In Forma Pauperis, screened his Complaint, (Doc. 1), pursuant to 28 U.S.C. § 1915(e)(2), and granted Gates leave to file a First Amended Complaint to cure the deficiencies identified in his § 1983 Equal Protection claim against the Town of Quartzsite. (Doc. 8.) Gates filed his First Amended Complaint, (Doc. 13), on May 7, 2026.

I have screened Gates' First Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2). Gates may now serve the First Amended Complaint and Summons on the Defendants.[1]

**IT IS THEREFORE ORDERED** that the First Amended Complaint, (Doc. 13), may proceed.

---

[1] As I cautioned in my prior Order, the preparation of filings by an attorney who has not entered an appearance, i.e., ghostwriting, is unacceptable. *See Flynn v. Love*, 2023 WL 2561158, at *4 (D. Nev. 2023). An attorney who ghostwrites filings for an ostensibly pro se litigant may be subject to discipline. I further advise Gates that, should he continue to proceed pro se, he will not be entitled to recover attorneys' fees associated with this action. *Kay v. Ehrler*, 499 U.S. 432, 435 (1991) ("[A] *pro se* litigant who is *not* a lawyer is *not* entitled to attorney's fees.") (emphases in original)).

**IT IS FURTHER ORDERED** that Gates shall serve the First Amended Complaint and Summons on the Defendants pursuant to Rule 4 of the Federal Rules of Civil Procedure and may choose to request that the Defendants waive service of the First Amended Complaint and Summons under Rule 4(d).

Dated this 18th day of May, 2026.

_____
Honorable Sharad H. Desai
United States District Judge